THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME SILVA, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>Defendants. | CASE NO. C18-0324-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain deadlines and to continue the status conference (Dkt. No. 7). The parties' motion is GRANTED. The status conference, scheduled for June 12, 2018, is stricken. It is so ORDERED that the following case management deadlines are established:

- File motion or an answer in response to Complaint: June 4, 2018
- File opposition in response to such a motion: July 2, 2018
- File reply in support of such a motion: July 16, 2018

In the event Walmart files a motion in response to the Complaint, the deadline to file a motion pursuant to Local Civil Rule 23(i)(3) will be tolled until such time as Walmart answers

the Complaint, and the Rule 26(a)(1)(C) deadline to make initial disclosures shall be extended thirty (30) days after Walmart has answered the Complaint.

DATED this 30th day of March 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk