THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAIME SILVA, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>Defendants. | CASE NO. C18-0324-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain deadlines (Dkt. No. 9). The parties' motion is GRANTED. It is so ORDERED that the following case management deadlines are established for Defendants Michael Foods, Inc. and M.G. Waldbaum Company a/b/n/ Willamett Egg Farms a/b/n Nest Fresh Egg Farms (collectively the "Michael Foods Defendants"):

- File motion or answer in response to Complaint: June 4, 2018
- File opposition in response to such motion: July 2, 2018
- File reply in support of such motion: July 16, 2018

In the event the Michael Foods Defendants file a motion in response to the Complaint,

the deadline to file a motion pursuant to Local Civil Rule 23(i)(3) will be tolled until such time as the Michael Foods Defendants answer the Complaint, and the Rule 26(a)(1)(C) deadline to make initial disclosures shall be extended thirty (30) days after the Michael Foods Defendants have answered the Complaint.

DATED this 3rd day of April 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk