THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JAIME SILVA, individually and on behalf of other similarly situated persons,<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., *et al.*,<br><br>Defendants. | CASE NO. C18-0324-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend certain deadlines for all parties (Dkt. No. 12). The motion is GRANTED. It is so ORDERED that the following case management deadlines supersede the previously established deadlines:

- Deadline to answer or otherwise file a motion in
  response to Plaintiff's complaint:      July 2, 2018

- Deadline to file opposition to Defendants' motion (if any):      August 6, 2018

- Deadline to file a reply in support of Defendants' motion
  (if any) and noting date for Defendants' motion:      August 20, 2018

If Defendants file a motion in response to the Complaint, the deadline to file a motion pursuant to Local Civil Rule 23(i)(3) is tolled until Defendants answer the Complaint and the

Rule 26(a)(1)(C) deadline is extended thirty (30) days after Defendants have answered the Complaint.

DATED this 31st day of May 2018.

William M. McCool  
Clerk of Court

s/Tomas Hernandez  
Deputy Clerk